CONGIETTA P. CIOCIOLA *v.* J. HENRY BAKER
ET AL, TRUSTEES, ET AL
[No. 18, October Term, 1934.]

*Decided November 20th, 1934.*

The cause was argued before BOND, C. J., PATTISON,
URNER, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*Charles Jackson,* with whom were *William A. Renzi,
Mark Jackson,* and *Abram I. Sachs,* on the brief, for the
appellant.

*C. Arthur Eby,* for the appellees.

URNER, J., delivered the opinion of the Court.